### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : VIOLATIONS: |
| | : 18 U.S.C. § 922(g)(1) |
| BARRY JUJUAN GILES, | : (Unlawful Possession of a Firearm and |
| | : Ammunition by a Person Convicted of a |
| Defendant. | : Crime Punishable by Imprisonment for a |
| | : Term Exceeding One Year) |
| | : |
| | : 22 D.C. Code § 402 |
| | : (Assault with a Dangerous Weapon) |
| | : |
| | : FORFEITURE: |
| | : 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and |
| | 28 U.S.C. § 2461(c) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about March 21, 2026, within the District of Columbia, **BARRY JUJUAN GILES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2018 CF1 003790, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 21 Gen 4 .45 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about March 21, 2026, within the District of Columbia and elsewhere, **BARRY JUJUAN GILES**, assaulted an individual whose identity is unknown to the Grand Jury with a dangerous weapon, that is, a firearm or imitation thereof.

(**Assault with a Dangerous Weapon**, in violation of 22 D.C. Code, Section 402)

### FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Glock 21 Gen 4 .45 caliber semi-automatic pistol and .45 caliber ammunition.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

2

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Jeanine Ferris Pirro
United States Attorney

A TRUE BILL:

By: _____
Gauri Gopal
Chief, Federal Major Crimes

FOREPERSON.

3